**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CORE WIRELESS LICENSING S.A.R.L.,** )<br>)<br>) **CIVIL ACTION NO. 6:14-cv-751**<br>**Plaintiff,** )<br>) **JURY TRIAL DEMANDED**<br>v. )<br>)<br>**APPLE INC.,** )<br>)<br>**Defendant.** ) | |

## NOTICE OF APPEARANCE OF MATTHEW F. GREINERT

COMES NOW Plaintiff, Core Wireless Licensing S.a.r.l., and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Matthew F. Greinert, California State Bar Number 239492, of Bunsow De Mory Smith & Allison LLP, 351 California Street, Suite 200, San Francisco, California 94104, (415) 426-4747, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  November 20, 2014                                     Respectfully Submitted,

By:     */s/ Matthew F. Greinert*
    Henry Bunsow (California SBN 60707)
    Brian A.E. Smith (California SBN 188147)
    Matthew F. Greinert (California SBN 239492)
    Dino Hadzibegovic (California SBN 267489)
    Robin Curtis (California SBN 271702)
    **BUNSOW, DE MORY, SMITH & ALLISON LLP**
    351 California Street, Suite 200
    San Francisco, CA  94104
    Telephone:  (415) 426-4747
    Facsimile:  (415) 426-4744
    Email:  hbunsow@bdiplaw.com
    Email:  bsmith@bdiplaw.com

Email: mgreinert@bdiplaw.com
Email: dhadzibegovic @bdiplaw.com
Email: rcurtis@bdiplaw.com


Denise De Mory (California SBN 168076)
Craig Y. Allison (California SBN 161175)
Cliff Win (California SBN 270517)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7259
Email:  ddemory@bdiplaw.com
Email:  callison@bdiplaw.com
Email: cwin@bdiplaw.com

T. John Ward, Jr. (Texas Bar # 00794818)
Wesley Hill (Texas Bar # 24032294)
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
Email:  jw@wsfirm.com
Email:  wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**CORE WIRELESS LICENSING S.A.R.L.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail.

                                            */s/ Matthew F. Greinert*
                                            Matthew F. Greinert