# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:14-CV-751 JRG-JDL** |
| V. | § § | |
| **APPLE, INC.** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:14-CV-752 JRG-JDL** |
| V. | § § | |
| **APPLE, INC.** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § § | |

# **<u>ORDER</u>**

Pursuant to this Court's Orders (6:14-cv-751, Doc. No. 118; 6:14-cv-752, Doc. No. 121) adopting the findings and conclusions that the above-titled civil actions should be transferred to the Northern District of California, the Clerk of Court is ordered to transfer these civil actions upon issuance of this Order.

**So ORDERED and SIGNED this 27th day of October, 2015.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE